pIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MATT ALLISON, | § § § | |
| *Plaintiff*, | § § | Case No. 1:24-cv-00950-CCE-LPA |
| v. | § § § | |
| REPUBLIC MORTGAGE INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § § § | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 18[

NOW COMES Defendant Republic Mortgage Insurance Company ("Defendant"), by and through its undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Plaintiff's First Amended Complaint, and each cause of action therein, for failure to state a claim upon which relief may be granted. Defendant simultaneously submits a memorandum of law in support of such motion, which fully sets forth why Defendant is entitled to judgment in its favor as a matter of law.

1

This the 18th day of February, 2025.

                              Respectfully submitted,

                              HOLLAND & KNIGHT LLP

                              By: /s/ *Nisma Patel*
                                    Nishma Patel
                                    N.C. Bar No. 50922
                                    1120 S. Tryon Street, Suite 900
                                    Charlotte, North Carolina 28203
                                    Telephone: 980.215.7797
                                    Facsimile: 980.215.7771
                                    Email: nishma.patel@hklaw.com

                                    Todd D. Wozniak (*special appearance*)
                                    Georgia Bar No. 777275
                                    Regions Plaza, Suite 1800
                                    1180 West Peachtree Street, N.W.
                                    Atlanta, Georgia 30309
                                    Phone: (404) 817-8500
                                    Fax: (404) 881-0470
                                    E-Mail: todd.wozniak@hklaw.com

                                    Lindsey R. Camp (*special appearance*)
                                    Florida Bar No. 84138
                                    Georgia Bar No. 141479
                                    777 South Flagler Drive
                                    Suite 1900, West Tower
                                    West Palm Beach, Florida 33401
                                    Telephone: (404) 817-8439
                                    Facsimile: (561) 650-8399
                                    Email: lindsey.camp@hklaw.com

                                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 18, 2025, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Nishma Patel*
Nishma Patel
