UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MATT ALLISON, as representative of a class of similarly situated persons, and on behalf of the Republic Mortgage Insurance Company and Affiliated Companies Profit Sharing Plan,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC MORTGAGE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:24-cv-00950-CCE-LPA |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, Plaintiff Matt Allison, as representative of a class of similarly situated persons and on behalf of the Republic Mortgage Insurance Company and Affiliated Companies Profit Sharing Plan, respectfully moves the Court for an order (1) preliminarily approving a class action settlement agreement between Plaintiff and Republic Mortgage Insurance Company ("Defendant"), (2) approving the proposed Settlement Notice and authorizing its distribution to the Settlement Class; (3) certifying, on a preliminary basis, the proposed Settlement Class (4) setting a date for a Fairness

Hearing; and (5) granting other relief as set forth in the proposed Preliminary Approval Order.

This motion is made based on the accompanying Memorandum of Law, the Settlement Agreement, Declaration of Jennifer K. Lee and the accompanying exhibits, Declaration of Marc R. Edelman, and all other papers, pleadings, documents, arguments, and materials presented before or during the hearing on this motion, and any other evidence or argument the Court may consider.

Dated: December 2, 2025                 Respectfully submitted,

/s/ Jean S. Martin
Jean S. Martin, Esq.
NC Bar No.: 25703
Marc R. Edelman, Esq.
Florida Bar No.: 0096342*
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813-577-4722
Fax: 813-257-0572
jeanmartin@forthepeople.com
Meledman@forthepeople.com
*Via special Appearance*

/s/Jennifer K. Lee
Jennifer K. Lee, Esq.
MN Bar No.: 399012*
Charlie C. Gokey, Esq.
MN Bar No.: 040225*
**ENGSTROM LEE, LLC**
323 N. Washington Avenue, Suite 200
Minneapolis, MN 55401
Tel: 612-305-8349

Fax: 612-677-3050
jlee@engstromlee.com
cgokey@engstromlee.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 2, 2025, a true and correct copy of the foregoing was electronically filed via the CM/ECF system which will automatically send a notice of filing to all counsel of record.

*/s/ Jean S. Martin*
Jean S. Martin